1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9  UNITED STATES OF AMERICA,

10                  Plaintiff,

11            v.

12

13  ALVIN HENRY WHITESIDE,

14              Defendant.

NO. CR09-0116-JCC

STIPULATED PROTECTIVE ORDER

15        This matter comes before the Court on the stipulated motion for a protective order
16  regarding discovery materials. Having considered the entirety of the record and files
17  herein, the Court finds that based upon the motion and for good cause shown,
18        IT IS HEREBY ORDERED that copies of the covered material shall not be
19  disseminated to Defendant. Covered material is limited to civilian witness/informant
20  statements (or other summaries or reports attributing statements to them), and personal
21  identifying information and impeachment information relating to them, if that
22  witness/informant is named as a government witness to be called at an evidentiary
23  hearing or trial.
24        IT IS FURTHER ORDERED that Defendant, defense counsel, and others to
25  whom disclosure of the discovery may be necessary to assist with the preparation of the
26  defense case, shall not disclose the contents of the discovery, other than as necessary for
27  the preparation of their defense at the supervised release evidentiary hearing, trial, and in
28  subsequent appellate proceedings, if necessary.

1    Nothing in this order prohibits reviewing or showing the discovery material to

2  Defendant, and to others whom disclosure of the content of the discovery is necessary to

3  assist with the preparation of the defense at trial, or in subsequent appellate proceedings.

4

5              Dated this 17th day of August, 2017.

6

7

8

9    _____
     John C. Coughenour
10   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19   Presented by:

20   */s/ C. Andrew Colasurdo*
     C. ANDREW COLASURDO
21   Assistant United States Attorneys

22

23

24

25

26

27

28