THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR09-0116-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALVIN HENRY WHITESIDE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion to seal Defendant's motion to compel United States Probation to produce discovery (Dkt. No. 51). This motion is granted. Defendant's motion to compel discovery (Dkt. No. 52) shall remain under seal.

DATED this 24th day of August 2017.

    William M. McCool
    Clerk of Court

    /s/Paula McNabb
    Deputy Clerk