THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR09-0116-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ALVIN HENRY WHITESIDE, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motions to maintain the Government's sentencing memorandum and the Defense's disposition memorandum (Dkt. Nos. 66, 68) under seal. The Court, finding good cause for doing so, GRANTS Defendant's motions. The Government's sentencing memorandum (Dkt. No. 67) and the Defense's disposition memorandum (Dkt. No. 69) will remain under seal.

DATED this 14th day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER CR09-0116-JCC
PAGE - 1