THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR09-0116-JCC |
| Plaintiff, | ORDER |
| v. | |
| ALVIN HENRY WHITESIDE, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to dismiss the Petition for Warrant or Summons for Offender Under Supervision (Dkt. No. 83). Defendant Alvin Henry Whiteside was arrested and ordered detained on September 3, 2019, for having allegedly committed the crime of assault. However, the victim of the alleged assault recanted on the record at Mr. Whiteside's initial appearance, and the victim has subsequently repeated that recantation to local law enforcement and the probation office. The government, having conferred with Probation and reviewed the relevant reports, does not believe that it can prove the violation at this time. Accordingly, the Court ORDERS that:

1. Violation number 1 of the Petition for Warrant or Summons for Offender Under Supervision (Dkt. No. 75) is hereby dismissed. Probation may reassert the violation conduct should circumstances change;
2. Mr. Whiteside should be released forthwith;

3. Mr. Whiteside shall report to the probation office after his release as directed by the probation officer; and

4. Mr. Whiteside shall remain on supervision on all of the original conditions.

DATED this 11th day of September 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE